UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| **INMOTION IMAGERY TECHNOLOGIES, LLC,**<br><br>   *Plaintiff*,<br><br>  v.<br><br>**DELL INC.,**<br><br>   *Defendant*. | Case No. 2:12-cv-624-RSP |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO P.R. 4-3**

Pursuant to Patent Rule 4-3, Plaintiff InMotion Imagery Technologies, LLC ("Plaintiff") and Defendant Dell Inc. ("Defendant" or "Dell") submit the following Joint Claim Construction and Prehearing Statement.

### A. Construction of Those Claim Terms, Phrases, or Clauses on Which the Parties Agree

Attached hereto as Exhibit A is a chart setting forth the construction of claim terms, phrases, or clauses with respect to U.S. Patent No. 6,526,219 ("'219 Patent") and U.S. Patent No. 8,150,239 ("'239 Patent") (collectively, the "Patents-in-Suit") which includes those constructions on which the parties agree.

### B. Each Party's Proposed Construction of Each Disputed Claim Term, Phrase, or Clause, Together with an Identification of Intrinsic and Other Evidence

The parties set forth a chart in Exhibit A that provides the following: (i) each party's proposed construction of each disputed claim term, phrase, or clause; (ii) an identification of all references from the specifications and prosecution histories of the Patents-in-Suit that support the parties' respective constructions; and (iii) an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

### C. The Anticipated Length of Time Necessary for the Claim Construction Hearing

The Court has set the Claim Construction Hearing for August 8, 2013 at 9:00 a.m. The parties anticipate that the hearing will take no more than three hours, with time evenly divided between Plaintiff and Defendants.

D.    **Possible Witnesses at the Claim Construction Hearing**

The parties do not intend to call any witnesses at the Claim Construction Hearing.

E.    **Prehearing Conference**

The parties do not believe that a Prehearing Conference is necessary in this case.

Dated: June 6, 2013

*/s/ Roger Fulghum*_____
Roger Fulghum
Texas State Bar No. 00790724
Tammy Pennington Rhodes
Texas State Bar No. 24051182
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 310.788.3215
Facsimile: 310.788.3399
Email: roger.fulghum@bakerbotts.com
Email: tammy.pennington@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
Telephone: (512) 322-2555
Facsimile: (512) 322-3610
Email: paula.heyman@bakerbotts.com

Deron R. Dacus
Texas State Bar No. 00790553
Shannon M. Dacus
Texas State Bar No. 00791004
**The Dacus Firm, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Dated: June 6, 2013

*/s/ M. Blair Clinton*_____
M. Blair Clinton
Alabama State Bar No. ASB-1369-A51C
**HENINGER GARRISON DAVIS, LLC**
2224 First Avenue North
Birmingham, AL 35223
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: bclinton@hgdlawfirm.com

William E. Davis III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
111 West Tyler Street
Longview, Texas 75601D
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

*Attorneys For Plaintiff*
*InMotion Imagery Technologies, LLC*

Email: ddacus@dacusfirm.com
Email: sdacus@dacusfirm.com

***Attorneys For Defendant
Dell Inc.***