**EXHIBIT A (PROPOSED CLAIM CONSTRUCTIONS)**

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| 1 | "recording" | '219 Patent Claims 1 and 3 | | No construction necessary (plain language)<br><br>But if the court finds this term requires construction, then it should be construed as follows:<br><br>capturing and storing<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, lns 6-10, 13-16, 25-29<br>Col. 2, lns 18-21, 22-25<br>Col. 3, lns 1, 6-12<br>Col. 4, ln 4, 9-13<br>Col. 5, ln 8-15, 29-34, 58-62<br>Col. 6, ln 6-9, 13-21, 33-45, 55-67<br>Col. 7, ln 7-13, 18-31, 43-52<br>Col. 8, ln 46-49<br>Col. 9, ln 19-24, 27-43, 54-55, 60-69<br>Col. 10, ln 26-28<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 2,5<br><br>January 5, 1999 BPAI Examiner's Answer at 5,7,9,10,11,12,14,15 | capturing and storing a series of images<br><br>**Intrinsic Evidence**<br>Specification:<br>Abstract; 1:6-10; 1:40-53; 2:23-26; 2:28-33; 3:1-6; 3:47-52; 3:56-60; |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | October 13, 1998 Appellant's Appeal Brief at 3,5,8,12,13, Appendix<br><br>April 13, 1998 Applicant's Response to January 8, 1998 Office Action/Non-Final Rejection at 3,5<br><br>January 8, 1998 Office Action/Non-Final Rejection at 6,10,11,12,13<br><br>September 8, 1997 Applicant's Response to May 1, 1997 Office Action/Non-Final Rejection at 3,5,7,8,9<br><br>May 1, 1997 Office Action/Non-Final Rejection at 7,8,9,10,11,12<br><br>February 18, 1997 Applicant's Response to November 14, 1996 Office Action at 1,3,4,5,7,9,10<br><br>November 14, 1996 Office Action/Non-Final Rejection at 2,3,4,6,7,8,9,10<br><br>**Extrinsic Evidence**<br>None | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| 2 | "video program" | '219 Patent Claims 1 and 3<br><br>'239 Patent Claim 4 | | a sequential set of images which form a moving picture<br><br>**'219 PATENT**<br>**Intrinsic Evidence**<br>Specification:<br>Abstract<br>Col. 1, ln 51<br>Col. 2, lns 5,10,28, and 48<br>Col. 3, lns 1-6 and 47<br>Col. 4, ln 11<br>Col. 8, ln 19<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 2,3,4<br><br>January 5, 1999 BPAI Examiner's Answer at 5,6,8,9,10,11,12,13,14,15<br><br>October 13, 1998 Appellant's Appeal Brief at 2,3,4,5,6,9,10,12, Appendix<br><br>June 23, 1998 Office Action/Final Rejection at 3,4<br><br>April 13, 1998 Applicant's Response to January 8, 1998 Office Action/Non-Final Rejection at 1,3,5 | sequential set of images of previously recorded video material<br><br>**'219 Patent**<br>**Intrinsic Evidence**<br>Specification:<br>Abstract; 1:50-61; 2:28-34; 3:47-52; 10:31-37<br><br>**'239 Patent**<br>**Intrinisic Evidence**<br>Specification:<br>Abstract; 1:59-64; 2:35-40; 3:53-58; 10:31-37 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|-----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
|     |                       |                     |                              | January 8, 1998 Office Action/Non-Final Rejection at 4,7,11,12 |    |
|     |                       |                     |                              | September 8, 1997 Applicant's Response to May 1, 1997 Office Action/Non-Final Rejection at 1,2,5,6,7 |    |
|     |                       |                     |                              | May 1, 1997 Office Action/Non-Final Rejection at 3,4,5,7,8,9,12,13 |    |
|     |                       |                     |                              | February 18, 1997 Applicant's Response to November 14, 1996 Office Action at 3,5,8 |    |
|     |                       |                     |                              | November 14, 1996 Office Action/Non-Final Rejection at 2,3,4,7 |    |
|     |                       |                     |                              | **Extrinsic Evidence**<br>None |    |
|     |                       |                     |                              | **'239 PATENT**<br>**Intrinsic Evidence**<br>Specification:<br>Abstract<br>Col. 1, lns 42-45 and 59-64<br>Col. 2, lns 12-20 and 53-58<br>Col. 3, lns 8-13 and 53-58 |    |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Col. 4, lns 15-18 and 56-60<br>Col. 11, lns 66 to Col. 12, ln 3<br><br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,4,5,6,7,8<br><br>September 6, 2011 Office Action/Non-Final Rejection at 2,4,5,6,7,8<br><br>June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,8<br><br>February 17, 2011 Office Action/Non-Final Rejection at 2,4,5,6,7<br><br>December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 2,3,4,5,6,7<br><br>August 5, 2010 Office Action/Non-Final Rejection at 2,3,5,6,7,9,10<br><br>May 7, 2010 Applicant's Response to | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | January 22, 2010 Office Action/Non-Final Rejection at 2,3,5,6,7,8,9,13,15<br><br>January 22, 2010 Office Action/Non-Final Rejection at 2,3,4,7,8,9,10<br><br>October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,3,4,7,11,13,14,15,16<br><br>June 9, 2009 Office Action/Non-Final Rejection at 2,3,4<br><br>March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,11<br><br>December 23, 2008 Office Action/Non-Final Rejection at 4,5,6<br><br>August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,3,4,5,7<br><br>May 1, 2008 Office Action/Non-Final Rejection at 3,4,5 | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | February 4, 2008 Appellant's Appeal Brief at 2,3,5,7 <br><br> October 1, 2007 Office Action/Final Rejection at 2,3,4,5,6 <br><br> July 23, 2007 Response to February 23, 2007 Office Action/Non-Final Rejection at 2,3,5 <br><br> February 23, 2007 Office Action/Non-Final Rejection at 2,3,4,5 <br><br> April 16, 2003 Utility Patent Application Transmittal at 2,3,4,5,6,7,12,18,20,21,22,23 <br><br> **Extrinsic Evidence** <br> None | |
| 3 | "separately storing" | '219 Patent Claims 1 and 3 <br><br> '239 Patent Claim 4 | | No construction necessary (plain language) <br> But if the court finds this term requires construction, then it should be construed as follows: <br> saving to a different region of a medium or to a separate medium | storing a copy in a different location <br><br> **Intrinisc Evidence** <br> 1:44-55; 4:2-8; <br><br> '219 Reexamination, Ex Parte Reexamination Examiner Interview Summary of March 15, 2011 Dated |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | **'219 PATENT**<br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, lns 43-54<br>Col. 2, lns 4-6<br>Col. 9, lns 49-53<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 3,4<br><br>January 5, 1999 BPAI Examiner's Answer at 8,11<br><br>October 13, 1998 Appellant's Appeal Brief at 5, Appendix<br><br>June 23, 1998 Office Action/Final Rejection at 4,12<br><br>November 14, 1996 Office Action/Non-Final Rejection at 4<br><br>**Extrinsic Evidence**<br>None<br><br>**'239 PATENT**<br>**Intrinsic Evidence**<br>Specification: | April 21, 2011.<br><br>'219 Reexamination, Amendments and Remarks in Response to Office Action Dated April 1, 2011 to Office Action Dated February 7, 2011 at p. 8.<br><br>'219 Reexamination, Patent Owner Statement of the Interview Under 37 C.F.R. § 1.560 Dated April 1, 2011 at pp. 1, 2.<br><br>'219 Reexamination, Amendments and Remarks in Response to Office Action Dated February 7, 2011 at pp. 8, 9.<br><br>'219 File History, Amendment and Remarks Dated September 8, 1997 to Office Action Dated May 1, 1997 at p. 4.<br><br>'239 File History, Response dated June 9, 2011 to Non-Final Rejection dated 2/17/2011 at p. 9 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Col. 1, lns 53-64<br>Col. 2, lns 16-20<br><br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,9,10,11<br><br>September 6, 2011 Office Action/Non-Final Rejection at 3,4,5,6,7<br><br>June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 4,5,7,8,9<br><br>February 17, 2011 Office Action/Non-Final Rejection at 4,5,6<br><br>December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 3,4,5,6,9<br><br>August 5, 2010 Office Action/Non-Final Rejection at 5,6,7,9,10<br><br>May 7, 2010 Applicant's Response to | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|-----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
|     |                       |                     |                              | January 22, 2010 Office Action/Non-Final Rejection at 2,5,6,7,8,9,15 | |
|     |                       |                     |                              | January 22, 2010 Office Action/Non-Final Rejection at 7,8,9 | |
|     |                       |                     |                              | October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,7 | |
|     |                       |                     |                              | June 9, 2009 Office Action/Non-Final Rejection at 2,3,4 | |
|     |                       |                     |                              | March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,6,8,9,11,12 | |
|     |                       |                     |                              | December 23, 2008 Office Action/Non-Final Rejection at 4,5 | |
|     |                       |                     |                              | August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,3,4,7 | |
|     |                       |                     |                              | May 1, 2008 Office Action/Non-Final Rejection at 3,4,5 | |
|     |                       |                     |                              | February 4, 2008 Appellant's Appeal | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Brief at 2,3,5,6,7 October 1, 2007 Office Action/Final Rejection at 2,3,4,5,6 July 23, 2007 Response to February 23, 2007 Office Action/Non-Final Rejection at 2,4 February 23, 2007 Office Action/Non-Final Rejection at 2,3,4,5 April 16, 2003 Utility Patent Application Transmittal at 2,3,6,15,20,22 **Extrinsic Evidence** None | |
| 4 | "subset of the images" | '219 Patent Claims 1 and 3 | less than all of the images of a video program | | |
| 5 | "information including a subset of the images" | '219 Patent Claims 1 and 3 | | No construction necessary (plain language) But if the court finds this term requires construction, then it should be construed as follows: information including less than all of | video guide and indexing data and less than all of the images of a video program **Intrinsic Evidence** |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | the images of a video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, lns 50-58<br><br>File History:<br>January 5, 1999 BPAI Examiner's Answer at 6,8,9<br><br>October 13, 1998 Appellant's Appeal Brief at Appendix<br><br>May 1, 1997 Office Action/Non-Final Rejection at 10<br><br>**Extrinsic Evidence**<br>None | Specification<br>1:44-49<br>'219 File History, Appeal Brief dated October 13, 1998 at pp. 7-8.<br><br>'219 Reexamination, June 28, 2011, NIRC, at p. 3. |
| 6 | "segments of the program which are separated in time" | '219 Patent Claims 1 and 3 | | series of images selected from different time periods of the video program<br><br>**'219 PATENT**<br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, ln 58-61<br>Col. 2, lns 27-32, 40-45<br><br>File History:<br>March 28, 2002 BPAI Decision on | respective series of images selected from different time periods of the video program<br><br>Specification<br>Abstract; 2:16-20; 2:33-40; 2:40-47; 2:48-53. |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Appeal at 2,4 <br><br> October 13, 1998 Appellant's Appeal Brief at 3, Appendix <br><br> September 8, 1997 Applicant's Response to May 1, 1997 Office Action/Non-Final Rejection at 5 <br><br> May 1, 1997 Office Action/Non-Final Rejection at 3 <br><br> February 18, 1997 Applicant's Response to November 14, 1996 Office Action at 1,3,9 <br><br> **Extrinsic Evidence** <br> None | |
| 7 | "windows" | '219 Patent Claims 1 and 3 <br><br> '239 Patent Claim 4 | | No construction necessary (plain language) <br> But if the court finds this term requires construction, then it should be construed as follows: <br> viewing areas <br><br> **'219 PATENT** <br> **Intrinsic Evidence** <br> Specification: | scrollable viewing areas on a screen capable of displaying motion imagery <br><br> The Computer Glossary, 7th Edition, Alan Freedman, amacom, 1995 <br> **'219 Patent** <br><br> **Intrinsic Evidence** <br> Specification: |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
|  |  |  |  | Abstract<br>Col. 1, ln 59-65<br>Col. 2, lns 40-50<br>Col. 3, lns 12-29, 47-56, 60-67<br>Col. 4, ln 54-58, 65-67<br>Col. 7, ln 38-43<br>Col. 9, ln 66-70<br>Col. 10, ln 53-70<br>Col. 11, lns 2-6, 13-26<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 2,3,7<br><br>January 5, 1999 BPAI Examiner's Answer at 9,10,11,12,13,14,15<br><br>October 13, 1998 Appellant's Appeal Brief at 3,4,6,10,14, Appendix<br><br>April 13, 1998 Applicant's Response to January 8, 1998 Office Action/Non-Final Rejection at 1,2<br><br>January 8, 1998 Office Action/Non-Final Rejection at 8,9<br><br>September 8, 1997 Applicant's Response to May 1, 1997 Office | Abstract; 2:41-51; 3:12-16<br><br>**'239 Patent**<br><br>**Intrinsic Evidence**<br><br><u>Specification:</u><br><br>Abstract; 2:48-53; 3:19-23 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | Action/Non-Final Rejection at 3,5,6 | |
| | | | | February 18, 1997 Applicant's Response to November 14, 1996 Office Action at 1,6,7 | |
| | | | | November 14, 1996 Office Action/Non-Final Rejection at 5 | |
| | | | | **Extrinsic Evidence** None | |
| | | | | **'239 PATENT** **Intrinsic Evidence** Specification: Abstract Col. 2, lns 3-5, 48-58 Col. 3, lns 19-36, 53-58 Col. 4, lns 1-7, 55-60 Col. 5, lns 1-5 Col. 7, lns 38-42 Col. 11, lns 1-8, 14-27 | |
| | | | | File History: January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,9,10 September 6, 2011 Office | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Action/Non-Final Rejection at 3,4,5,6,7 | |
| | | | | June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,8,9 | |
| | | | | February 17, 2011 Office Action/Non-Final Rejection at 3,4,5,6,7 | |
| | | | | December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10 | |
| | | | | August 5, 2010 Office Action/Non-Final Rejection at 3,4,5,6,7,9,10,11,12 | |
| | | | | May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 3,4,5,6,7,8,9,10,13,14,15 | |
| | | | | January 22, 2010 Office Action/Non-Final Rejection at 2,4,5,6,7,8,9,11 | |
| | | | | October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,4,5,6,7,8,9,11,13 | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|-----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
|  |  |  |  | June 9, 2009 Office Action/Non-Final Rejection at 2,3<br><br>March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10,11,12<br><br>December 23, 2008 Office Action/Non-Final Rejection at 4<br><br>August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,4,6,7<br><br>May 1, 2008 Office Action/Non-Final Rejection at 4<br><br>February 4, 2008 Applicant's Appeal Brief at 2,5,6<br><br>October 1, 2007 Office Action/Final Rejection at 2,3,5<br><br>July 23, 2007 Applicant's Response to February 23, 2007 Office Action/Non-Final Rejection at 2,3 |  |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | February 23, 2007 Office Action/Non-Final Rejection at 2,3,4<br><br>April 16, 2003 Utility Patent Application Transmittal at 2,3,4,5,6,7,11,15,16,17,20,21,23<br><br>**Extrinsic Evidence**<br>None | |
| 8 | "motion imagery" | '219 Patent Claims 1 and 3<br><br>'239 Patent Claim 4 | | sequential motion images as opposed to still images<br>**'219 PATENT**<br>**Intrinsic Evidence**<br>Specification:<br>Col. 10, lns 29 and 67<br>Col. 11, ln 5<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 3,4<br><br>October 13, 1998 Appellant's Appeal Brief at Appendix<br><br>**Extrinsic Evidence**<br>None<br><br>**'239 PATENT**<br>**Intrinsic Evidence** | a few seconds or more of time-sequential motion images as opposed to still images<br>'219 Amendment and Remarks in Response to Office Action Dated February 7, 2011 at p. 9.<br>'219 Reexamination, Patent Owner Statement of the Interview Under 37 C.F.R. § 1.560 at p. 2.<br>Reexamination, 1/28/2011, NIRC.<br><br>**'219 Patent**<br>**Intrinsic Evidence**<br>Specification:<br>Abstract; 1:50-58; 2:41-51; 10:27-43<br>**'239 Patent** |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Specification:<br>Col. 11, lns 1-8 and 19-27<br><br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,9,10,11<br><br>September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7<br><br>June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5,7,8,9<br><br>February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7<br><br>December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10<br><br>August 5, 2010 Office Action/Non-Final Rejection at 2,5,6,9,10,11,12<br><br>May 7, 2010 Applicant's Response to | **Intrinsic Evidence**<br><br>Specification:<br><br>Abstract; 1:59-67; 2:48-53; 10:28-44 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | January 22, 2010 Office Action/Non-Final Rejection at 2,5,6,7,8,9,10,15 | |
| | | | | January 22, 2010 Office Action/Non-Final Rejection at 4,7 | |
| | | | | October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 3,7 | |
| | | | | June 9, 2009 Office Action/Non-Final Rejection at 2,8,11,12 | |
| | | | | March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10,11,12 | |
| | | | | December 23, 2008 Office Action/Non-Final Rejection at 4 October 1, 2007 Office Action/Final Rejection at 2,4 | |
| | | | | February 23, 2007 Office Action/Non-Final Rejection at 2,4 | |
| | | | | April 16, 2003 Utility Patent Application Transmittal at 16,17 | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | **Extrinsic Evidence**<br>None | |
| 9 | "user-selecting a displayed image" | '219 Patent Claims 1 and 3 | selecting, by a person, a displayed image | No construction necessary (plain language)<br><br>But if the court finds this term requires construction, then it should be construed as follows:<br><br>Selecting, by a person, a person using an electronic device, an electronic device, or electronic devices, a displayed image.<br><br>**Intrinsic Evidence**<br>None<br><br>**Extrinsic Evidence**<br><br>The following cases support the argument that the term should be given its plain meaning:<br><br>*Orion IP, LLC v. Mercedes-Benz USA, LLC*, No. 6:05-cv-322 (E.D. Tex. April 10, 2007)<br><br>*Clear With Computers, LLC v. Hyundai Motor America, Inc.*, No. 6:09-cv-479 (E.D. Tex. Jan. 5, 2011)<br><br>*Linksmart Wireless Technology, LLC* | selecting, by a person, a displayed image<br><br>Abstract, 1:61-2:3; and 7:43-52; |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | *v. T-Mobile USA, Inc.*, No. 2:08-cv-264 (E.D. Tex. June 30, 2010)<br><br>The following case supports Plaintiff's alternative construction of the term:<br><br>*Cf. z4 Technologies, Inc. v. Microsoft Corp.*, No. 6:06-cv-142 (E.D. Tex. April 12, 2006) | |
| 10 | "segment including motion imagery" | '219 Patent Claims 1 and 3 | | series of sequential motion images of the video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, lns 58-61<br>Col. 2, lns 27-32, 40-45<br><br>File History:<br>March 28, 2002 BPAI Decision on Appeal at 2,4<br><br>October 13, 1998 Appellant's Appeal Brief at 6, Appendix<br><br>**Extrinsic Evidence**<br>None | series of time-sequential motion images of the video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Abstract; 1:50-55; 2:28-34; 10:53-58<br><br>'219 Reexamination, Amendment and Remarks in Response to Office Action Dated February 7, 2011 at p. 9.<br><br>'219 Reexamination, Patent Owner Statement of the Interview Under 37 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | | C.F.R. § 1.560 at p. 2. |
| 11 | "recorded program" | '219 Patent Claim 3 | | No construction necessary (plain language)<br><br>But if the court finds this term requires construction, then it should be construed as follows:<br><br>a sequential set of images that have been captured and stored<br><br>**Intrinsic Evidence**<br>Specification:<br>Abstract<br>Col. 1, lns 35-38 and 44-49<br>Col. 2, lns 27-32<br>Col. 2, ln 67 to Col. 3, ln 29<br>Col. 5, lns 2-8<br>Col. 9, lns 13-19<br>Col. 10, lns 13-30<br><br>File History:<br>January 5, 1999 BPAI Examiner's Answer at 6,7,11,14<br><br>October 13, 1998 Appellant's Appeal Brief at 3,6,7,12,14,15, Appendix<br><br>January 8, 1998 Office Action/Non-Final Rejection at 5 | series of time-sequential motion images that have been captured and stored in a storage medium<br><br>**Intrinsic Evidence**<br>Specification:<br>Abstract; 1:6-10; 1:40-43; 2:23-33; 3:1-6; 3:47-52; 3:56-60 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | September 8, 1997 Applicant's Response to May 1, 1997 Office Action/Non-Final Rejection at 7 | |
| | | | | February 18, 1997 Applicant's Response to November 14, 1996 Office Action at 4 | |
| | | | | November 14, 1996 Office Action/Non-Final Rejection at 3 | |
| | | | | **Extrinsic Evidence** None | |
| 12 | "storing" | '239 Patent Claim 4 | | saving to a medium **Intrinsic Evidence** Specification: Col. 3, lns 6-12, 13-19 File History: September 6, 2011 Office Action, Non-Final Rejection at 2, 3, 4, 5, 6 Response to Office Action of February 17, 2011 at 8 February 17, 2011 Office Action, Non-Final Rejection at 2, 3, 4, 5 | saving to a storage medium 1:53-58; 3:13-19; 4:7-13; 5:6-8; 6:32-35; and 7:31-38. |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | August 5, 2010 Office Action, Non-Final Rejection at 2, 3, 5, 6, 7, 9, 10 **Extrinsic Evidence** None | |
| 13 | "time-sequential frames representative of motion imagery" | '239 Patent Claim 4 | | time-sequential pictures representative of sequential motion images **Intrinsic Evidence** Specification: Col. 4, lns 55-60 Fig. 1 Fig. 2 File History: January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,4,5,6,7 September 6, 2011 Office Action/Non-Final Rejection at 2,4,5,6 June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,4,5 February 17, 2011 Office Action/Non-Final Rejection at 2,4,5,6 December 6, 2010 Applicant's Response to August 5, 2010 Office | No construction necessary. |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Action/Non-Final Rejection at 2,3,4,5,6 | |
| | | | | August 5, 2010 Office Action/Non-Final Rejection at 2,3,5,6,9,10 | |
| | | | | May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 2,3,5,6,7,8,9 | |
| | | | | January 22, 2010 Office Action/Non-Final Rejection at 4,7,11 | |
| | | | | October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,3,4,7 | |
| | | | | June 9, 2009 Office Action/Non-Final Rejection at 2 | |
| | | | | March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,11,12 | |
| | | | | December 23, 2008 Office Action/Non-Final Rejection at 4 | |
| | | | | August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,3,5,6,7 | |
| | | | | February 4, 2008 Appellant's Appeal | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Brief at 2,6<br><br>October 1, 2007 Office Action/Final Rejection at 2,4<br><br>July 23, 2007 Response to February 23, 2007 Office Action/Non-Final Rejection at 2,3<br><br>February 23, 2007 Office Action/Non-Final Rejection at 2,4<br><br>April 16, 2003 Utility Patent Application Transmittal at 2,3,4,20,21<br><br>**Extrinsic Evidence**<br>None | |
| 14 | "subset of the frames" | '239 Patent Claim 4 | | less than all of the pictures of the video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, lns 59-63<br><br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,9<br><br>September 6, 2011 Office Action/Non-Final Rejection at 2,3,5 | less than all of the frames of the video program<br><br>1:59-64 and 2:9-12. |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5,7,8 | |
| | | | | February 17, 2011 Office Action/Non-Final Rejection at 2,3,5,6 | |
| | | | | December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 2,3,4,5,6,9 | |
| | | | | August 5, 2010 Office Action/Non-Final Rejection at 2,3,5,6,7,8,9,10 | |
| | | | | May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 2,3,5,6,7,8,9,12,15 | |
| | | | | October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,3,4,5,6,7,8,9,14 | |
| | | | | June 9, 2009 Office Action/Non-Final Rejection at 2,3,4 | |
| | | | | March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10,11 | |
| | | | | December 23, 2008 Office Action/Non-Final Rejection at 4,5,6 | |
| | | | | August 29, 2008 Applicant's | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Response to May 1, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,7 | |
| | | | | May 1, 2008 Applicant's Response to February 4, 2008 Office Action/Non-Final Rejection at 2,3,5 | |
| | | | | February 4, 2008 Appellant's Appeal Brief at 2,3,5,6,7 | |
| | | | | October 1, 2007 Office Action/Final Rejection at 2,3,4,5,6 | |
| | | | | July 23, 2007 Response to February 23, 2007 Office Action/Non-Final Rejection at 2,3,4,5 | |
| | | | | February 23, 2007 Office Action/Non-Final Rejection at 2,3,4,5 | |
| | | | | April 16, 2003 Utility Patent Application Transmittal at 20,21,22 | |
| | | | | **Extrinsic Evidence**<br>None | |
| 15 | "segments of the video program that are spaced apart in time" | '239 Patent Claim 4 | | series of images selected from different time periods of the video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 1, ln 67 to Col. 2, ln 2 | respective series of images selected from different time periods of the video program<br><br>Abstract; 2:16-20; 2:33-40; 2:40-47; and 2:48-53. |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|--------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | Col. 2 lns 34-47<br>Col. 12 lns 3-10<br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,6,7<br><br>September 6, 2011 Office Action/Non-Final Rejection at 2,3,5,7<br><br>June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,3,4,5<br><br>February 17, 2011 Office Action/Non-Final Rejection at 4,5,6<br><br>December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 3,4,5,9<br><br>August 5, 2010 Office Action/Non-Final Rejection at 5,6,9,10<br><br>May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 5,8,9,13,15<br><br>January 22, 2010 Office Action/Non-Final Rejection at 7<br><br>October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non- | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | Final Rejection at 2,3,7 | |
| | | | | June 9, 2009 Office Action/Non-Final Rejection at 2 | |
| | | | | March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,6,8,11 | |
| | | | | December 23, 2008 Office Action/Non-Final Rejection at 4 | |
| | | | | August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,3,7 | |
| | | | | February 4, 2008 Appellant's Appeal Brief at 2,4 | |
| | | | | October 1, 2007 Office Action/Final Rejection at 2,4 | |
| | | | | February 23, 2007 Office Action/Non-Final Rejection at 2,4 | |
| | | | | April 16, 2003 Utility Patent Application Transmittal at 2,3,20,21 | |
| | | | | **Extrinsic Evidence**<br>None | |
| 16 | "user" | '239 Patent Claim 4 | | No construction necessary (plain language)<br><br>But if the court finds this term | the person that causes the steps of the program to be performed |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | requires construction, then it should be construed as follows:<br><br>a person, a person using an electronic device, an electronic device, or electronic devices<br><br>**Intrinsic Evidence**<br>Specification:<br>Abstract<br>Col. 1, lns 23-26, 30-33,42-45<br>Col. 3, lns 16-19<br>Col. 1, ln 1<br><br>File History:<br>February 17, 2011 Office Action/Non-Final Rejection at 3,4,5,6,7<br><br>August 5, 2010 Office Action/Non-Final Rejection at 9,11,12<br><br>May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 13,14<br><br>January 22, 2010 Office Action/Non-Final Rejection at 2,7,9,10<br><br>June 9, 2009 Office Action/Non-Final Rejection at 4,6 | **Intrinsic Evidence**<br>Specification:<br>Abstract; 1:15-19; 1:42-45 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|---------------------|------------------------------|-----------------------------------|-----------------------------------|
| | | | | May 1, 2008 Office Action/Non-Final Rejection at 5,6<br><br>April 16, 2003 Utility Patent Application Transmittal at 1,2,4,23<br><br>**Extrinsic Evidence**<br>In the following cases, the term "user" was given its plain meaning:<br><br>*Orion IP, LLC v. Mercedes-Benz USA, LLC*, No. 6:05-cv-322 (E.D. Tex. April 10, 2007)<br><br>*Clear With Computers, LLC v. Hyundai Motor America, Inc*., No. 6:09-cv-479 (E.D. Tex. Jan. 5, 2011)<br><br>*Linksmart Wireless Technology, LLC v. T-Mobile USA, Inc*., No. 2:08-cv-264 (E.D. Tex. June 30, 2010)<br><br>The following case supports Plaintiff's alternative construction of "user":<br><br>*Cf. z4 Technologies, Inc. v. Microsoft Corp*., No. 6:06-cv-142 (E.D. Tex. April 12, 2006) | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| 17 | "display device" | '239 Patent Claim 4 | | device that allows a user to view the video program<br><br>**Intrinsic Evidence**<br>Specification:<br>Col. 2, lns 3 and 33-47<br>Col. 3, lns 13-23<br>Col. 5, lns 53-59<br>Col. 9, lns 40-46<br>Col. 10, lns 12-23<br>Col. 11, lns 9-17<br><br>File History:<br>January 5, 2012 Applicant's Response to September 6, 2011 Office Action/Non-Final Rejection at 2,3,4,5,6,7,8,9,10<br><br>September 6, 2011 Office Action/Non-Final Rejection at 3,4,5,6,7,8<br><br>June 9, 2011 Applicant's Response to February 17, 2011 Office Action/Non-Final Rejection at 2,4,5,6,7,8,9<br><br>February 17, 2011 Office Action/Non-Final Rejection at 3,4,5,6,7 | television monitor, computer screen or other suitable device that allows a user to view the video program<br><br>2:33-34 |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|---|
| | | | | December 6, 2010 Applicant's Response to August 5, 2010 Office Action/Non-Final Rejection at 3,4,5,6,7,8,9,10<br><br>August 5, 2010 Office Action/Non-Final Rejection at 3,4,5,6,7,8,9,10,12<br><br>May 7, 2010 Applicant's Response to January 22, 2010 Office Action/Non-Final Rejection at 2,3,4,5,6,7,8,9,12,13,15<br><br>January 22, 2010 Office Action/Non-Final Rejection at 2,4,5,6,7,8,9,10,<br><br>October 9, 2009 Applicant's Response to June 9, 2009 Office Action/Non-Final Rejection at 2,3,4,5,7,8,9,11,13,14,16<br><br>June 9, 2009 Office Action/Non-Final Rejection at 2,4,5<br><br>March 18, 2009 Applicant's Response to December 23, 2008 Office Action/Non-Final Rejection at 2,3,4,5,6,8,9,10,11,12 | |

| No. | Term or Claim Element | Associated Claim(s) | Parties' Agreed Construction | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|----------------------|--------------------|-----------------------------|----------------------------------|----------------------------------|
| | | | | December 23, 2008 Office Action/Non-Final Rejection at 4,6 | |
| | | | | August 29, 2008 Applicant's Response to May 1, 2008 Office Action/Non-Final Rejection at 2,4,6,7 | |
| | | | | May 1, 2008 Office Action/Non-Final Rejection at 4 | |
| | | | | February 4, 2008 Appellant's Appeal Brief at 2,5,6 | |
| | | | | October 1, 2007 Office Action/Final Rejection at 2,5 | |
| | | | | July 23, 2007 Response to February 23, 2007 Office Action/Non-Final Rejection at 2,3 | |
| | | | | February 23, 2007 Office Action/Non-Final Rejection at 2,4 | |
| | | | | April 16, 2003 Utility Patent Application Transmittal at 2,3,4,12,15,16,17,18,20,21 | |
| | | | | **Extrinsic Evidence** None | |