IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INMOTION IMAGERY TECHNOLOGIES, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DELL INC. § <br> § <br> Defendant. § | Civil Action No. 2:12-cv-624-JRG |

# **PATENT RULE 4-5 CLAIM CHART**

Pursuant to Local Patent Rule 4-5 of the United States District Court for the Eastern District of Texas, and the Court's Docket Control Order (Dkt. No. 30), Plaintiff InMotion Imagery Technologies, LLC and Defendant Dell Inc. hereby respectfully submit the Claim Chart attached hereto as an exhibit.

Date: July 25, 2013              Respectfully submitted,

/s/ M. Blair Clinton

Matthew Blair Clinton
*Admitted Pro Hac Vice*
Heninger Garrison Davis, LLC
2224 1st Avenue North
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Birmingham, Alabama 35203
bclinton@hgdlawfirm.com

Mr. William Davis, III
Texas State Bar No. 24047416
The Davis Firm, P.C.
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

ATTORNEYS FOR PLAINTIFF INMOTION IMAGERY TECHNOLOGY, LLC


/s/ *Roger Fulghum*
Roger Fulghum
*Lead Attorney*
Texas State Bar No. 00790724
Tammy Pennington Rhodes
Texas State Bar No. 24051182
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1707
Facsimile: (713) 229-1522
E-mail: *roger.fulghum@bakerbotts.com*
            *tammy.pennington@bakerbotts.com*

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078

2

Telephone:  (512) 322-2555
Facsimile:  (512) 322-3610
E-mail: *paula.heyman@bakerbotts.com*

Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: *ddacus@dacusfirm.com*

ATTORNEYS FOR DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served via e-mail on the following counsel on July 25, 2013:

>Mr. William Davis, III
>The Davis Firm, P.C.
>111 West Tyler Street
>Longview, Texas 75601
>bdavis@bdavisfirm.com
>
>Matthew Blair Clinton
>Heninger Garrison Davis
>2224 1st Avenue North
>Birmingham, Alabama  35203
>bclinton@hgdlawfirm.com

/s/ *Roger Fulghum*
Roger Fulghum
