# EX. A

HOU03:1258892.1

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

**I.     Agreed Terms**

| No. | Terms | Agreed Construction | Court's Construction |
|---|---|---|---|
| 1 | **storing**<br><br>'219 Patent - Claim 1<br><br>'239 Patent - Claim 4 | saving to a medium | saving to a medium |
| 2 | **display device**<br><br>'239 Patent - Claim 4 | device that allows a user to view the video program | device that allows a user to view the video program |

**II.    Terms in Dispute**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | **recording**<br><br>'219 Patent - Claim 1 | No construction necessary (plain language)<br><br>or, alternatively | capturing and storing | |

1

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | capturing and storing | | |
| 2 | **separately storing information including a subset of the images**[12]<br><br>'219 Patent - Claim 1 | No construction necessary (plain language). | storing information including a copy of the subset of the images in a different location | |

---

[1] This term was not included in either (1) Dell's Local Patent Rule 4-2, Preliminary Claim Constructions and Extrinsic Evidence served on InMotion on May 20, 2013 or (2) the parties' Joint Claim Construction and Prehearing Statement (Dkt. No. 42) filed with this Court June 10, 2013. Moreover, this term was also not the subject of claim construction briefing in InMotion's Opening Claim Construction Brief (Dkt. No. 45), filed on June 27, 2013, because it was not disclosed as a contentious term until Dell's Responsive Claim Construction Brief (Dkt. No. 51), filed on July 11, 2013. Dell did not request leave from this Court or from InMotion to add a new term for construction in the middle of claim construction briefing. The Court defined clear procedures for disclosing claim construction issues in its Local Rules, and Dell chose to ignore these procedures to its peril. Under Dell's interpretation of *O2 Micro International v. Beyond Innovation Technology*, Dell could raise a new dispute on the eve of trial and the Court must resolve it. Notwithstanding this problem, Dell is seeking completely different constructions of this term "separately storing *information including a subset of images*" and the term "*information including a subset of images*," which covers overlapping language in Claim 1 of the '219 Patent. A construction of both terms in different ways could render the claim invalid. Finally, contrary to Dell's allegation, InMotion did not in fact brief this term in its Reply brief (Dkt. No. 52, at p.2) (noting that "*No construction provided by InMotion because this phrase was not included in the terms the parties agreed should be construed*"). As such, the term is not properly the subject of claim construction before this Court.

[2] In its opening brief, InMotion argued that its proposed construction for "separately storing" is correct because the word "information" follows the phrase "separately storing." Opening Brief, Docket No. 45 at pp. 12-13. InMotion chose not explain to the Court that "information" appears *only* in the asserted claim of the '219 patent and *does not appear* in the asserted claim of the '239 patent. *Id*. To correct InMotion's misstatement and to prevent InMotion from introducing error and confusion into the construction of "separately storing" of both asserted patents through argument, Dell also briefed the larger phrase in the '219 patent in Dell's

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 3 | **separately storing**<br><br>'239 Patent - Claim 4 | No construction necessary (plain language)<br><br>or, alternatively<br><br>saving to a different region of a medium or to a separate medium | storing a copy in a different location | |
| 4 | **information including a subset of the images**<br><br>'219 Patent - Claim 1 | No construction necessary (plain language)<br><br>or, alternatively<br><br>information including less than all of the images of a video program | indexing data *and* less than all of the images of a video program | |

---

responsive brief.  Dell had previously identified all of the terms of the larger phrase for construction.  In response, InMotion briefed the larger phrase for the '219 patent in its Reply Brief, Docket No. 52, at pp. 2-6.  Construction of the larger phrase for the '219 patent is appropriate and required, as the parties briefing and this submission demonstrates that a claim construction dispute exists as to the scope of the claim term.  "When the parties present a fundamental dispute regarding the scope of a claim term, it is the court's duty to resolve it."  *O2 Micro International Ltd. v. Beyond Innovation Technology Co.*, 521 F.3d 1351, 1362-63 (Fed. Cir. 2008).

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 5 | **recorded program**<br><br>'219 Patent - Claim 3 | No construction necessary (plain language)<br><br>or, alternatively<br><br>a sequential set of images that have been captured and stored | a sequential set of images that have been captured and stored | |
| 6 | **windows**<br><br>'219 Patent - Claim 1<br><br>'239 Patent - Claim 4 | No construction necessary (plain language)<br><br>or, alternatively<br><br>viewing areas | scrollable viewing areas on a screen capable of displaying motion imagery | |
| 7 | **user**<br><br>'219 Patent - Claim 3<br><br>'239 Patent - Claim 4 | No construction necessary (plain language)<br><br>or, alternatively<br><br>a person, a person using an electronic device, an electronic device, or electronic devices | the person that causes the steps of the program to be performed | |

4

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 8 | **user-selecting a displayed image**<br><br>'219 Patent - Claim 3 | No construction necessary (plain language)<br><br>or, alternatively<br><br>selecting, by a person, a displayed image | selecting, by a person, a displayed image | |
| 9 | **segments of the [video] program [which]/[that] are [separated]/[spaced apart] in time**<br><br>'219 Patent - Claim 1<br><br>'239 Patent - Claim 4 | series of images selected from different time periods of the video program | respective series of images selected from different time periods of the video program | |
| 10 | **subset of the frames**<br><br>'239 Patent - Claim 4 | less than all of the pictures [images] of the video program | less than all of the frames of the video program | |
| 11 | **motion imagery**<br><br>'219 Patent - Claim 1 | sequential images as opposed to still images | a few seconds or more of sequential motion images as opposed to still images | |

*InMotion Imagery Technologies, LLC v. Dell Inc.*, Case No. 2:12-cv-00624-RSP, Eastern District of Texas, Marshall Division

**JOINT P.R. 4-5(d) CLAIM CONSTRUCTION CHART**

| No. | Terms | InMotion's Proposed Construction | Dell's Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | '239 Patent - Claim 4 |  |  |  |
| 12 | **segment including motion imagery**<br><br>'219 Patent - Claim 1 | series of sequential motion images of the video program | series of a few seconds or more of sequential motion images as opposed to still images |  |
| 13 | **video program**<br><br>'219 Patent - Claim 1<br><br>'239 Patent - Claim 4 | sequential set of images which form a moving picture | sequential set of images of previously recorded video material |  |
| 14 | **time-sequential frames representative of motion imagery**<br><br>'239 Patent - Claim 4 | time sequential pictures [images] representative of sequential motion images | No construction necessary |  |